CAZ HASHEMI, State Bar No. 210239
IGNACIO E. SALCEDA, State Bar No. 164017
REBECCA L. EPSTEIN, State Bar No. 168226
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: chashemi@wsgr.com
isalceda@wsgr.com
bepstein@wsgr.com

Attorneys for Defendants
Roblox Corporation, David Baszucki,
and Naveen K. Chopra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAURAV MUKHERJEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, DAVID BASZUCKI, and NAVEEN K. CHOPRA,<br><br>Defendants. | Case No.: 4:26-cv-05489-HSG<br><br>**DEFENDANT ROBLOX CORPORATION'S DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Roblox Corporation ("Roblox") states, by and through its undersigned counsel, that (i) Roblox does not have a corporate parent; and (ii) there are no publicly held corporations owning 10% or more of Roblox's stock.

Dated: July 10, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Caz Hashemi*
Caz Hashemi
E-mail: chashemi@wsgr.com

Attorneys for Defendants
Roblox Corporation, David Baszucki, and Naveen K. Chopra