CAZ HASHEMI, State Bar No. 210239
IGNACIO E. SALCEDA, State Bar No. 164017
REBECCA L. EPSTEIN, State Bar No. 168226
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300
Facsimile:  (866) 974-7329
Email:      chashemi@wsgr.com
            isalceda@wsgr.com
            bepstein@wsgr.com

Attorneys for Defendants
Roblox Corporation, David Baszucki,
and Naveen K. Chopra

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAURAV MUKHERJEE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION, DAVID BASZUCKI, and NAVEEN K. CHOPRA,<br><br>　　　　　Defendants. | Case No.: 4:26-cv-05489-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO SECURITIES CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

STIP. & ORDER RE
RESPONSE TO COMPLAINT & CONTINUING CMC
CASE NO. 4:26-CV-05489-HSG

WHEREAS, plaintiff Saurav Mukherjee filed the above-captioned securities class action lawsuit on June 8, 2026;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("Reform Act"), 15 U.S.C. § 78u-4, which, inter alia, requires the Court to appoint a lead plaintiff;

WHEREAS, on June 9, 2026, the Court entered an Order setting an initial Case Management Conference ("CMC") for September 8, 2026 and setting ADR certification, Rule 26(f), initial disclosure, and joint case management statement deadlines for August 18, 2026 and September 1, 2026 (the "Initial Scheduling Order");

WHEREAS, the deadline for filing a motion seeking to be appointed lead plaintiff pursuant to the Reform Act is August 7, 2026;

WHEREAS, Defendants have returned waivers of service of summons, making Defendants' responses to the currently filed complaint due September 8, 2026;

WHEREAS, the parties anticipate that the Court-appointed lead plaintiff may seek to file an amended complaint;

WHEREAS, Defendants anticipate that they will file a motion or motions to dismiss; and

WHEREAS, in light of the current procedural posture and the fact that a lead plaintiff has not yet been appointed, the parties respectfully request the CMC and related CMC and ADR deadlines be continued as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1.     Defendants need not respond to the above-captioned complaint pending the appointment of a lead plaintiff under 15 U.S.C. § 78u-4(a)(3)(B) and the subsequent filing of an amended complaint or designation of an operative complaint by the lead plaintiff.

2.     Within ten (10) days of the Court's order appointing lead plaintiff pursuant to the Reform Act, the lead plaintiff(s) and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint (or designation of an operative complaint) and a briefing schedule for Defendants' anticipated motion(s) to dismiss.

3.      Pursuant to Civil L.R. 16-2, the CMC scheduled for September 8, 2026 is vacated pending the appointment of a lead plaintiff and the subsequent filing of an amended complaint or designation of an operative complaint.  Likewise, the deadlines for filing a joint case management statement or ADR documents under the Initial Scheduling Order, Civil L.R. 16-8, and ADR L.R. 3-5 are continued accordingly.

Dated:  July 10, 2026                           WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation

                                                By:  */s/ Caz Hashemi*
                                                      Caz Hashemi

                                                Caz Hashemi (SBN 210239)
                                                Ignacio E. Salceda (SBN 164017)
                                                Rebecca L. Epstein (SBN 168226)
                                                650 Page Mill Road
                                                Palo Alto, CA 94304
                                                Telephone: (650) 493-9300
                                                Facsimile: (866) 974-7329
                                                chashemi@wsgr.com
                                                isalceda@wsgr.com
                                                bepstein@wsgr.com

                                                *Attorneys for Defendants Roblox Corporation,*
                                                *David Baszucki, and Naveen K. Chopra*

Dated:  July 10, 2026                           LEVI & KORSINSKY, LLP

                                                By:  */s/ Adam Apton*
                                                      Adam M. Apton

                                                Adam M. Apton (SBN 316506)
                                                1160 Battery Street East, Suite 100
                                                San Francisco, CA 94111
                                                Telephone: (415) 373-1671
                                                aapton@zlk.com

                                                *Attorneys for Plaintiff Saurav Mukherjee*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:   7/13/2026

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE